# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL RAY CONLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV-05-1381-R |
| | ) |
| MIKE MULLIN, Warden, | ) |
| | ) |
| Respondent. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered October 4, 2006 [Doc. No. 26]. Petitioner has been granted several extensions of time in which to object to the Report and Recommendation. Pursuant to the last extension of time granted, Petitioner's objection to the Report and Recommendation was due January 15, 2007, but Petitioner has not filed an objection to the Report and Recommendation nor sought or been granted a further extension of time in which to object. Therefore, the Report and Recommendation [Doc. No. 26] of the Magistrate Judge is ADOPTED in its entirety and the petition of Darryl Ray Conley for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED. Petitioner's motion for appointment of counsel [Doc. No. 22], motion for an evidentiary hearing [Doc. No. 23] and motion requesting order for transcripts [Doc. No. 22] are also DENIED.

**It is so ordered this 22nd day of January, 2007.**

_/s/ David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE